CUDAHY and another, Respondents, vs. CRITTENDEN, imp.,
Appellant.
ELDREDGE and others, Respondents, vs. CRITTENDEN, imp.,
Appellant.

*September 11— September 24, 1889.*

*Nichols v. Crittenden, ante*, p. 459, followed.

APPEALS from the Circuit Court for *Milwaukee* County. For the appellant there were briefs by *A. G. Weissert*,

and for the defendant McGeoch briefs by *Finches, Lynde & Miller*, and the causes were argued orally by *B. K. Miller, Jr.*

For the respondents there were briefs by *Shepard & Shepard* and *Flower, Remy & Holstein*, and oral argument by *C. E. Shepard.*

The following opinion was filed in each case:

CASSODAY, J.    The record in this case discloses similar facts, and presents the same questions of law for determination as in the case of *Nichols v. Crittenden*, decided herewith [*ante*, p. 459]. For the reasons given in the opinion filed in that case, the order of the circuit court is reversed and the cause is remanded for further proceedings according to law.